# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
## INITIAL 341 MEETING NOTES

### I. Case Information:

| | | | |
|---|---|---|---|
| Case No.: | **10-22929 TJC** | Debtor(s): | **Sean Anthony Scherer** |
| Petition Filing Date: | | | |
| Plan Filing Date: | | Counsel: | **Richard M. McGill** |
| 1st Payment: | | Ph/Fax: | |
| Conf. Date &Time: | **8/24/10 10:00 a.m.** | Email: | |

### II. 341 Information:

| | |
|---|---|
| 1st Meeting Date & Time: | **7/23/10  2:00 p.m.** |
| 1st Meeting Completed? | **Completed** |
| Creditors Present: | **No** |
| Photo ID & SSN Verified? | **Yes** |
| No. Prior Bkys: | **None** |
| R.E. Title | **T/E** |

### III. Documentation of the following required PRIOR TO CONFIRMATION:

| | |
|---|---|
| Income: | |
| Taxes: | **need to stop payment to MD** |
| Real Property: | |
| Expense Verification: | |
| Amended Plan: | **amend to TX MD liab  *step increase when truck is paid off  *amend to TX Wells Fargo, Bk of New York plus 3rd creditor_____  *turn over all non-exempt tax refunds to Trustee** |
| Amended Schedules: | **amend I to delete car benefit  *amend J to delete duplicative child support exp.  *review J to delete trailer exp.  *need to reduce expenses where possible** |
| Disposable Income: | **need payoff date of W's credit cards   *truck will be paid off in about 30 mos.** |
| Motion/Objections: | |
| Other: | **D has made July mortgage, car and two plan payments** |

| | |
|---|---|
| Meeting Conducted By: | */s/ Mary Park McLean, Esquire* ___ |
| **Nancy Spencer Grigsby**<br>**Chapter 13 Bankruptcy Trustee**<br>**4201 Mitchellvile Rd., Ste. 401**<br>**Bowie, MD 20716**<br>**Tel. 301-805-4700  Fax. 301-805-9577** | Mary Park McLean, Esq., Staff Attorney |